UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURA PIAO, : | |
| : | |
| Plaintiff : | |
| : | CIVIL |
| : | CASE NO.  3:11CV1853 (HBF) |
| V. : | |
| : | |
| WILLIAM SMITH, : | |
| JENNINGS SMITH INVESTIGATIONS INC., : | |
| : | |
| Defendants. : | |

## JUDGMENT

This matter came on for trial before a jury and the Honorable Holly B. Fitzsimmons, United States Magistrate Judge. On October 3, 2014, a jury returned the verdict for the plaintiff and awarding $8,250 compensatory damages to the plaintiff. On December 18, 2014, a Memorandum of Decision entered memorializing and supplementing the Court's ruling announced on the record granting the Motion to Dismiss CUTPA Claims.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the plaintiff, Laura Piao and the case is closed.

Dated at Bridgeport, Connecticut this 23rd day of December, 2014.

ROBIN D. TABORA, Clerk
By

/s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi
Deputy Clerk

EOD :      12/23/2014